ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CHUNG H. HAN (Cal. Bar No. 191757)
Assistant United States Attorney
Email: chung.han@usdoj.gov
     Room 7516, Federal Building
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-2083
     Facsimile: (213) 894-7819

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARDELL HAYES, | Case No. CV 13-07878 SVW (CWx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| UNITED STATES OF AMERICA, | JS-6 |
| Defendant. | |

     Based upon the Stipulation for Compromise Settlement and Release and Stipulation for Dismissal of the Action in Its Entirety with Prejudice, by and between plaintiff Wardell Hayes and defendant United States of America, IT IS HEREBY ORDERED THAT:

1. The above-captioned action is dismissed in its entirety with prejudice;

2. Each party shall bear his/its own costs, expenses, and attorney's fees; and

3. The district court shall retain jurisdiction until the settlement proceeds are paid in accordance with the Stipulation for Compromise Settlement and Release previously filed by the parties.

Dated: April 11, 2014

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE